No. 71–5414. HARDEMAN v. CALIFORNIA ET AL. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. A–611. HOLT v. CITY OF RICHMOND ET AL. C. A. 4th Cir. Application to vacate stay order presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. MR. JUSTICE DOUGLAS is of the opinion that the stay should be vacated.

No. 9, Orig. UNITED STATES v. LOUISIANA ET AL. (LOUISIANA BOUNDARY CASE). Motion of the United States for entry of supplemental decree as to State of Louisiana granted. [For supplemental decree and counsel, see *ante*, p. 388.] [For earlier orders herein, see, e. g., *ante*, p. 932.]

No. 52, Orig. UNITED STATES v. FLORIDA. Report of Special Master upon motion by the United States to dismiss counterclaim and deny demand for jury trial filed by State of Florida is received, filed, and adopted by the Court. [For earlier order, see 403 U. S. 950, *sub nom. United States* v. *Louisiana et al.* (*Louisiana Boundary Case*).]

No. 71–269. NATIONAL BREWING CO. v. CALDWELL ET AL. C. A. 5th Cir. The Solicitor General is invited to file a brief expressing the views of the United States.

No. 71–5097. HUFFMAN v. BOERSEN. Sup. Ct. Neb. [Certiorari granted, *ante*, p. 990.] Motion of petitioner for appointment of counsel granted. It is ordered that Leo Eisenstatt, Esquire, of Omaha, Nebraska, be, and he is hereby, appointed to serve as counsel for petitioner in this case.